```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                           TAMPA DIVISION
```

KAREN BIGGE,

    Plaintiff,

v.                               Case No. 8:16-cv-1896-T-33JSS

CITRUS MEMORIAL HEALTH
FOUNDATION, INC.,

    Defendant.
_____/

## ORDER

This matter comes before the Court sua sponte. Plaintiff Karen Bigge filed her Complaint on June 30, 2016, in the Middle District of Florida, Tampa Division. (Doc. # 1). Upon review of the Complaint, the Court entered an Order to show cause why this case should not be transferred to the Middle District of Florida, Ocala Division. (Doc. # 3). Bigge has filed a response agreeing that the proper venue for this case is the Middle District of Florida, Ocala Division. (Doc. # 5). Bigge's response also requests that the Court transfer this case to the Middle District of Florida, Ocala Division. (Id.). Therefore, pursuant to 28 U.S.C. § 1406(a) and Middle District of Florida Local Rule 1.02, this case is transferred to the Middle District of Florida, Ocala Division.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

The Clerk is directed to transfer this case to the Middle District of Florida, Ocala Division. Once transfer is effected, the Clerk shall close this case.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 6th day of July, 2016.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE